IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BELDING,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID RUSSO, sued in his official and individual capacities; ZACHARY SAMS, sued in his individual capacity; and GREENE COUNTY, PENNSYLVANIA,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:23-CV-2148 |

## ORDER OF COURT

AND NOW, this 30th day of September, 2025, upon consideration of the Joint Stipulation of Dismissal filed by the parties, it is hereby ORDERED, ADJUDGED and DECREED that this matter is now dismissed with prejudice. The parties will bear their own costs.

BY THE COURT,

*Marilyn J. Horan*, J.